FILED

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 19 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PATRICK ALEXANDRE MISSUD, I, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> SAN FRANCISCO SUPERIOR COURT; et al., <br><br> Defendants - Appellees. | No. 12-17622 <br><br> D.C. No. 3:12-cv-03117-WHA <br><br> MEMORANDUM* |

Appeal from the United States District Court
for the Northern District of California
William Alsup, District Judge, Presiding

Submitted August 14, 2013**

Before:    SCHROEDER, GRABER, and PAEZ, Circuit Judges.

Patrick Alexandre Missud, I, appeals pro se from the district court's

judgment dismissing his action alleging that judges, courts, and state agencies

violated the Racketeer Influenced and Corrupt Organizations Act ("RICO") and

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

other laws. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion the district court's rulings regarding reconsideration, *Sch. Dist. No. 1J, Multnomah Cnty., Or., v. ACandS, Inc.*, 5 F.3d 1255, 1262 (9th Cir. 1993), and we affirm.

The district court did not abuse its discretion in denying Missud's motions for reconsideration because Missud failed to establish grounds for such relief. *See id.* at 1263 (listing factors warranting reconsideration under Fed. R. Civ. P. 59(e) and 60(b)).

Missud's "Petition for immediate FRCP Rule 65 Injunctive Relief to Prevent Additional 18 USC §1513(e) Retaliation Action by California'$ $tate Bar," filed on July 22, 2013, is denied.

Defendant California State Bar's request for sanctions, set forth in its answering brief, is denied without prejudice to a separately filed motion for such relief. *See* Fed. R. App. P. 38.

**AFFIRMED.**